

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOHN PHILIP FERNANDES, | § | No. 08-22-00227-CV |
| Appellant, | § | Appeal from the |
| v. | § | 120th Judicial District Court |
| DAVID AARON PARRA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2020DCV1293) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the trial court's grant of summary judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF AUGUST, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.